1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIGUEL HERRERA**, <br><br> Plaintiff, <br><br> v. <br><br> **CITIMORTGAGE, INC. and FIRST NLC FINANCIAL, LLC** <br> DOES 1-100, inclusive, <br><br> Defendants. | Case No. 1:09-CV-01803-AWI-DLB <br><br> **ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT BY DEFENDANT CITIMORTGAGE, INC. BY NOT MORE THAN 30 DAYS** |

After considering the Joint Motion and Stipulation filed with the Court on October 20, 2009, which included the signatures of the required parties, the Court hereby ORDERS:

1. The Stipulation is approved by the Court.

2. Defendant CITIMORTGAGE, INC. shall have until November 19, 2009 to file its initial responsive pleadings before this Court.

3.

IT IS SO ORDERED.

Dated:   **October 23, 2009**          /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

5.
6.

1

ORDER
Case No. 1:09-CV-01803

ORDER
Case No. 1:09-CV-01803

K:\DLB\To_Be_Signed\09cv1803.o.Ext Time to Answer.doc