1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8                  EASTERN DISTRICT OF CALIFORNIA

9

10   MIGUEL HERRERA,                          )      1:09cv01803 AWI DLB
                                              )
11                                            )      ORDER TO SHOW CAUSE WHY
             Plaintiff,                       )      ACTION SHOULD NOT BE DISMISSED
12                                            )
         vs.                                  )
13                                            )
     CITIMORTGAGE, INC., et al.,              )
14                                            )
                                              )
15           Defendants.                      )
     _____)

16

17          Plaintiff Miguel Herrera filed the instant action in Kern County Superior Court on June 19,

18   2009, against Defendants CitiMortgage, Inc. and First NLC Financial, LLC.  Defendant CitiMortgage

19   Inc., removed the action to this Court on October 13, 2009.

20          On October 14, 2009, the Court issued civil new case documents.  The civil new case

21   documents included an Order Setting Mandatory Scheduling Conference for December 16, 2009.  On

22   November 23, 2009, pursuant to Plaintiff's notice of voluntary dismissal, Defendant CitiMortgage,

23   Inc., was dismissed from this action.  There is no proof of service indicating that Defendant First NLC

24   Financial, LLC, was property served and it has not made any appearance in this action.

25          On December 16, 2009, Plaintiff failed to appear for the Mandatory Scheduling Conference.

26   Plaintiff's counsel also failed to file a status report jointly with the remaining Defendant.

27

28                                              1

1     Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action should

2  not be dismissed for failure to properly serve the complaint, appear at the mandatory scheduling

3  conference and prepare a joint scheduling report.

4     IT IS HEREBY ORDERED by the Court that Plaintiff's counsel appear in person on

5  December 31, 2009, at 9:00 a.m. in Courtroom 9 of the above-entitled Court, located at 2500 Tulare

6  Street, Fresno, California, to show cause, if any there be, why this action should not be dismissed for

7  failure to appear and failure to prepare a joint scheduling report.  Failure to do so will result in a

8  recommendation that this action be dismissed for failure to follow the Court's orders.

9

10    IT IS SO ORDERED.

11     **Dated:   December 17, 2009**              _____**/s/ Dennis L. Beck**_____
                                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                        2