JOHN R. SETLICH  SBN:236586
LAW OFFICES OF JOHN SETLICH
12592 CENTRAL AVE.
CHINO, CA 91710
TELE: (909) 591-8234
FAX:   (909) 591-8235

Attorney for Plaintiff,
MIGUEL HERRERA

FILED
JAN 26 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRCIT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERRERA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC. and FIRST NLC FINANCIAL,LLC; and DOES 1-100, INCLUSIVE,<br><br>　　　　Defendants. | Case No.1:09-CV-07803-AWI-DLB<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FIRST NLC FINANCIAL,LLC |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), **MIGUEL HERRERA** voluntarily dismisses without prejudice the above-entitled action against Defendants, CITIMORTGAGE, INC. and FIRST NLC FINANCIAL,LLC.

Respectfully submitted,

Dated: JANUARY 25, 2009           LAW OFFICE OF JOHN R. SETLICH

It is so Ordered. Dated: 1-26-10
_____   By: /s/ John R. Setlich
United States District Judge         JOHN R. SETLICH
                                     **ATTORNEY FOR PLAINTIFF**
                                     **MIGUEL HERRERA**

PLF'S NOTICE OF VOLUNTARY DISMISSAL/CASE NO.1:09-CV-01803-AWI-DLB

## CERTIFICATE OF SERVICE

The undersigned certifies that, on January 25, 2009, the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was filed electronically. Pursuant to Fed. R. Civ. P. 5(d), counsel of record will be served by electronic mail and/or first class mail on this same date as follows:

PAUL STEVEN SINGERMAN, Esq
PAUL A. AVRON, Esq
BERGER SINGERMAN
200S. BISCAYNE BLVD, SUITE 1000
MIAMI, FL 33131
EMAIL:singerman@bergersingerman,com
Attorneys for FIRST NLC FINANCIAL, LLC

/s/ John R. Setlich

JOHN R. SETLICH